AO 187 (Rev. 7/87) Exhibit and Witness List
Case 3:13-cr-00481-B   Document 113   Filed 10/17/14   Page 1 of 16   PageID 207

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED
OCT 17 2014
CLERK, U.S. DISTRICT COURT
By _____
Deputy

# UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF TEXAS

UNITED STATES OF AMERICA
V.
THEODORE OKECHUKU

**EXHIBIT AND WITNESS LIST**

Case Number: 3:13-CR-481 P

| PRESIDING JUDGE<br>Magistrate Judge Renee Harris Toliver | PLAINTIFF'S ATTORNEY<br>Katherine E. Pfeifle | DEFENDANT'S ATTORNEY<br>John R. Teakell |
|---|---|---|
| TRIAL DATE (S)<br>10/17/2014 | COURT REPORTER<br>FTR | COURTROOM DEPUTY<br>Jane Amerson |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| | 1-A | 10/17/2014 | X | X | Tamper free paper |
| | 1-A | 10/17/2014 | X | X | Copy of Prescription dated 6/27/2014 |
| | 1-B | 10/17/2014 | X | X | Copy of Texas Driver's License for Demetrus Cardell |
| | 1-C | 10/17/2014 | X | X | Copies of Prescriptions Raven Clark dated 6/10/2014 |
| | 1-D | 10/17/2014 | X | X | Copy of Precription Matthew Smih/Schmidt |
| | 1-E | 10/17/2014 | X | X | Fax Cover Sheet to Detective Perez (Dallas Police Dept) dated 8/1/14 |
| | 1-F | 10/17/2014 | X | X | Fax Cover Sheet to Detective Van Niesen (Richardson Police Dept) dated 7/17/2014 |
| | 1-G | 10/17/2014 | X | X | Fax Cover Sheet from Richardson Police Department to Theodore Okechuku dated 7/17/14 |
| | 1-H | 10/17/2014 | X | X | Fax Cover Sheet from Richardson Police Department to Theodore Okechuku dated 7/17/14 |
| | 2 | 10/17/2014 | X | X | Fake Prescription Alert |
| | 2-A | 10/17/2014 | X | X | Medical Rehab Clinic - Fake Prescription Alert |
| | 3-A | 10/17/2014 | X | X | Picture |
| | 3-B | 10/17/2014 | X | X | Picture |
| | 3-C | 10/17/2014 | X | X | Picture |
| | 3-D | 10/17/2014 | X | X | Picture |
| | 3-E | 10/17/2014 | X | X | Picture |
| | 3-F | 10/17/2014 | X | X | Picture |
| | 3-G | 10/17/2014 | X | X | Picture |
| | 3-H | 10/17/2014 | X | X | Picture |
| | 3-I | 10/17/2014 | X | X | Picture |
| | 3-J | 10/17/2014 | X | X | Picture |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.





20

This person tried picking up ⇒



wilson
Demetrus Cardell

2507 Thomason Cir #218
Arlington Tx 76006

KROGER PHARMACY # 528
4142 CEDAR SPRINGS
DALLAS, TEXAS 75219
PHONE: (214) 599-9861
FAX: (214) 526-3156

Fax  214-349-7200

1-B

D.O.B. 03/13/1955

Theodore E. Okechuku, MD
Medical Rehabilitation Clinic Of Mesquite
Pain Management Clinic
9250 Skillman Street Suite 117, Dallas, TX, 75243
Tel: 214-301-4333
DPS-70117110

PRACTIONER DEA NUMBER:-BO7523764
Patient Name: Raven Clark
Address: 6453 Ethel Dr.
City Dallas  State TX  Zip 75227  Age 61Y
Date: 06/10/2014

Rx

Norco 325 mg-10mg

Disp: ***180*** (ONE HUNDRED EIGHTY)

Sig: 1 tab(s) every 6 hours PRN Pain 30 Day(s)

MAXIMUM DAILY DOSE

Prescriber Signature
X_____ (controlled substance only)
THIS PRESCRIPTION WILL BE FILLED GENERICALLY UNLESS PRESCRIBER WRITES 'daw' IN BOX BELOW
REFILLS ***0***
(ZERO)

Dispense As Written

214 204
476

Theodore E. Okechuku, MD
Medical Rehabilitation Clinic Of Mesquite
Pain Management Clinic
9250 Skillman Street Suite 117, Dallas, TX, 75243
Tel: 214-301-4333
DPS-70117110

PRACTIONER DEA NUMBER:-BO7523764
Patient Name: Raven Clark
Address: 6453 Ethel Dr.
City Dallas  State TX  Zip 75227  Age 61Y
Date: 06/10/2014

Rx

Alprazolam 2mg

Disp: ***60*** (SIXTY)

Sig: 1 tab(s) 2 times a day 30 Day(s)

MAXIMUM DAILY DOSE

Prescriber Signature
X_____ (controlled substance only)
THIS PRESCRIPTION WILL BE FILLED GENERICALLY UNLESS PRESCRIBER WRITES 'daw' IN BOX BELOW
REFILLS ***0***
(ZERO)

Dispense As Written

Theodore E. Okechuku, MD
Medical Rehabilitation Clinic Of Mesquite
Pain Management Clinic
9250 Skillman Street Suite 117, Dallas, TX, 75243
Tel: 214-301-4333
DPS-70117110

PRACTIONER DEA NUMBER:-BO7523764
Patient Name: Raven Clark
Address: 6453 Ethel Dr.
City Dallas  State TX  Zip 75227  Age 61Y
Date: 06/10/2014

Rx

Amoxicillin 500 mg

Disp: ***30*** (THIRTY)

Sig: 1 tab(s) daily 30 Day(s)

MAXIMUM DAILY DOSE

Prescriber Signature
X_____ (controlled substance only)
THIS PRESCRIPTION WILL BE FILLED GENERICALLY UNLESS PRESCRIBER WRITES 'daw' IN BOX BELOW
REFILLS ***0***
(ZERO)

Dispense As Written

f: 214 3497200

Rebecca

0 972 938

8360

1-C

```
NAME    Matthew Schmidt (?)        7-31-14
         2-784-4787
ADDRESS  8-12-71  Smith         PHONE  3-7-A/4

Rx   Norco 10/325 -
        #180
      = 9 4pp

                                        Echo [ ]

REFILLS                AGENT PHONING IN
 NR  + Theodore         Stacy
PHYSICIAN NAME         DEA NUMBER        PHONE NUMBER
 Oluchukus             60752876 4
PHARMACIST NAME
10235588581  NPI  70  DAW  71  6.
KRO-83   9-279-7377   6
```

**KROGER PHARMACY # 528**
4142 CEDAR SPRINGS
DALLAS, TEXAS 75219
PHONE: (214) 599-9861
FAX: (214) 526-3156

Matthew Smith
214-784-4789   ← phone # we have on file

1-D

# MEDICAL REHABILITATION CLINIC OF MESQUITE



Medical Director
T. I. Okechuku, MD

9205 Skillman
Suite #117
Dallas, TX 75243

Phone: 972-279-7377
Fax: 214-349-7200

## FAX COVER SHEET

**To** Detective Perez
**Company** Dallas Police Dept -
**Fax Number:** Narcotics Unit
**~~Phone~~ Fax Number:** 214-671-4623
**From:** Medical Rehab Clinic
**Date:** 8/1/2014, 8/2/2014
**RE:** FAKE PRESCRIPTION
**# of pages:**

**COVER MESSAGE:**

Here are copies of such fake prescriptions we've received so far. More came in & the pharmacy got a copy of pts drivers license

1-E



# MEDICAL REHABILITATION CLINIC OF MESQUITE

Medical Director
T. I. Okechuku, MD

9205 Skillman
Suite #117
Dallas, TX 75243

Phone: 972-279-7377
Fax: 214-349-7200

## FAX COVER SHEET

**To** Richardson Police Department
**Company** c/o Det R. VanNiesen #1042
**Fax Number:** 972 744 5921
**Phone Number:** 972 744 4850
**From:** Medical Rehab. Clinic
**Date:** 7/17/2014
**RE:** Permission to Prosecute
**# of pages:**

## COVER MESSAGE:

This is a note indicating our desire to prosecute to the full extent the law permits. We are available to be contacted Mon – Fri 9am – 5pm & Sat 9am – 2pm.

_____ — Office Manager

1-F




RICHARDSON POLICE DEPT.   140 N. GREENVILLE, RICHARDSON, TX 75081-6046

# FAX

| Date: | 07/17/2014 |
|---|---|
| Number of pages including cover sheet: | 2 |

214-349-7200

| TO: | FROM: Det R. VanWieren #1042  — on vacation |
|---|---|
| Theadore Okechuku | CASE: #201400082573 |
|  | PHONE: 972 744 4859 (Main 972 744 4800) |
| FAX PHONE:   214-349-7200 | FAX PHONE:  972 744 5921 |
|  | E-MAIL: Ronald.Vanwieren@cor.gov |

Please Fax a signed document advising that the attached prescription form was forged.

Thanks for your help

*[signature] Okechuku, MD*

*[signature] Okechuku, MD*

### CONFIDENTIALITY NOTICE:

This facsimile contains confidential information which may also be legally privileged and which is intended only for the use of the Addressee(s) named above. If you are not the intended recipient, or the employee or agent responsible for delivering it to the intended recipient, you are hereby notified that any dissemination or copying of this facsimile, or the taking of any action in reliance on the contents of this telecopied information, may be strictly prohibited. If you have received this facsimile in error, please notify us immediately by telephone and return the entire facsimile to us at the below address via U.S. Postal Service.

*will be back 8/18*

1-G




**RICHARDSON POLICE DEPT.** | **140 N. GREENVILLE, RICHARDSON, TX 75081-6046**

# FAX

Date: 07/17/2014

Number of pages including cover sheet: 2

| TO: | FROM: Det R. VanWieren #1042 |
|---|---|
| Theadore Okechuku | CASE: #201400082573 |
| | PHONE: 972 744 4859 (Main 972 744 4800) |
| FAX PHONE: 214-349-7200 | FAX PHONE: 972 744 5921 |
| | E-MAIL: Ronald.Vanwieren@cor.gov |

Please Fax a signed document advising that the attached prescription form was forged.

Thanks for your help

**CONFIDENTIALITY NOTICE:**

This facsimile contains confidential information which may also be legally privileged and which is intended only for the use of the Addressee(s) named above. If you are not the intended recipient, or the employee or agent responsible for delivering it to the intended recipient, you are hereby notified that any dissemination or copying of this facsimile, or the taking of any action in reliance on the contents of this telecopied information, may be strictly prohibited. If you have received this facsimile in error, please notify us immediately by telephone and return the entire facsimile to us at the below address via U.S. Postal Service.

I-H

*Medical Rehabilitation Clinic*
*9205 Skillman st Suite 117 Dallas, Tx 75243*
*Phone: 972-279-7377*
*Fax: 214-349-7200*

# ATTENTION ALL PHARMACIES!

## Fake Prescriptions Alert!

THIS IS TO INFORM ALL PHARMACIES THAT IT HAS COME TO OUR ATTENTION THAT THERE ARE PERPETRATORS WHO ARE FRAUDULENTLY WRITING PRESCRIPTIONS FOR CONTROLLED SUBSTANCES UNDER THE NAME OF DR. THEODORE OKECHUKU AND MEDICAL REHABILITATION CLINIC OF MESQUITE.

INDICATORS THAT THESE ARE FRAUD INCLUDE BUT ARE NOT LIMITED TO: (1) THEIR PRESCRIPTION PADS LOOK NOTHING LIKE OURS, (2) THE ADDRESS IS WRONG, (3) DR'S DPS IS WRONG AND (4) THE PHONE NUMBER IS NOT OUR OFFICE NUMBER (5) NO ONE EVER PICKS UP WHEN PHARMACIES CALL FOR VERIFICATION, IT GOES TO VOICEMAIL (6) THE SUPPOSED PATIENTS PHONE NUMBER AND D.O.B. ARE ALMOST SIMILAR WITH A FEW VARIABLES, (7) IT IS OBVIOUS THEY ARE COPYING OUR ORIGINAL SCRIPT.

WE ARE OFFICIALLY INFORMING YOU THAT THESE PRESCRIPTIONS ARE FRAUD, AND THESE PATIENTS ARE NOT OUR PATIENTS. PLEASE CALL TO VERIFY ALL PRESCRIPTIONS FROM THIS OFFICE AND DO NOT HESITATE TO CONTACT MEDICAL REHAB. CLINIC AND THE POLICE DEPARTMENT IF THESE PRESCRIPTIONS AND PERPETRATORS SHOW UP IN YOUR PHARMACY!

OUR REPUTATION IS BEING TARNISHED BY THESE ACTIONS AND WE WILL APPRECIATE IT IF COLLECTIVELY WE ALL WORK TO STOP THESE FRAUDSTERS!!!!!!!

ENCLOSED WITH THIS LETTER IS A COPY OF WHAT THEIR PRESCRIPTION LOOKS LIKE............

THANK YOU FOR YOUR CO-OPERATION,
CHICHI NOSIKE, RN
OFFICE MANAGER



DEFENDANT'S EXHIBIT
CASE NO. 3:13-cr-481
EXHIBIT NO. 2

14

# MEDICAL REHAB. CLINIC

## FAKE PRESCRIPTION ALERT & DECISION TO PROSECUTE

We want to say thanks to all the pharmacies, pharmacists, and legal authorities who are diligently and passionately working with us to eradicate this problem. We would also like to inform all parties concerned of our decision to prosecute to the fullest extent of the law whenever these perpetrators/fraudsters are caught!

Lilian Onuoha-Nosike, RN
*OFFICE MANAGER*



_____
Signature

2-A








